**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6979**

TERRY K. OFORI,

        Plaintiff - Appellant,

    v.

CHADWICK DOTSON; LESLIE J. FLEMING; A. DAVID ROBINSON; CARL A. MANIS; MR. COMBS; MR. ANDERSON; R. D. YOUNG,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:18-cv-00587-EKD-JCH)

Submitted:  October 19, 2023                  Decided:  October 23, 2023

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry K. Ofori, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry K. Ofori appeals the district court's order denying his motion for reconsideration of the orders dismissing without prejudice his 42 U.S.C. § 1983 complaint for failure to prosecute and denying his Fed. R. Civ. P. 59(e) motion and his motion to amend the amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ofori v. Clarke*, No. 7:18-cv-00587-EKD-JCH (W.D. Va. July 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*